# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARLAND

| | | |
|---|---|---|
| MELISSA NELSON, | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 1:16-cv-03359-GLR |
| RETRIEVAL MASTERS CREDITORS BUREAU, INC., | § § § | |
| Defendant. | § § | |

## NOTICE OF PENDING SETTLEMENT

Defendant, Retrieval Masters Creditors Bureau, Inc. ("RMCB"), by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states that RMCB has reached a settlement with plaintiff with regards to this case and the parties are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: 3/21/17

Respectfully submitted,

*/s/ Veronica K. Yu*
Veronica K. Yu, #10024
Whiteford, Taylor & Preston LLP
Seven Saint Paul Street
Suite 1500
Baltimore, MD  21202-1626
Phone: (410) 347-8709
Facsimile No.: (410) 223-4347
Email: vyu@wtplaw.com

*Attorney for Defendant,*
*Retrieval Masters Creditors Bureau, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2017, a copy of the foregoing was served electronically via CM/ECF on the following:

Amy Lynn Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Email: aginsburg@creditlaw.com

*/s/ Veronica K. Yu*
Veronica K. Yu